B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Kristy Lynn Kuhlmeier**                                     Case No. **12-83513**
Debtor(s)                                                            Chapter  **7**

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS - AMENDED

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **306.00** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ **76.50** Check one  ☐ With the filing of the petition, or
                          ■ On or before **10/14/12**

   $ **76.50** on or before **11/14/12**

   $ **76.50** on or before **12/14/12**

   $ **76.50** on or before **1/14/13**

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date **September 21, 2012**                       Signature  **/s/ Kristy Lynn Kuhlmeier**
                                                              **Kristy Lynn Kuhlmeier**
**/s/ R. Brent Fetterolf**                                    Debtor
Attorney for Debtor(s)
**R. Brent Fetterolf 6272212**
**R. Brent Fetterolf, Attorney at Law**
**841 North Galena Avenue**
**Dixon, IL 61021**
**815-973-9005**
**Fax: 815-288-6277**
**brentfetterolf@yahoo.com**

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Kristy Lynn Kuhlmeier**                                                                      Case No.  **12-83513**
Debtor(s)                                                                                   Chapter  **7**

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐     IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐     IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one    ☐ With the filing of the petition, or
                             ☐ On or before _____

$ _____    on or before _____

$ _____    on or before _____

$ _____    on or before _____

☐     IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____                                                                      _____
                                                                                *United States Bankruptcy Judge*

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

**GENERAL ORDER
No. 05-05**

**Application for Permission to Pay Filing Fee in Installments**

**IT IS HEREBY ORDERED,** effective December 1, 2005:

A.   A voluntary petition by an individual shall be accepted for filing if accompanied by the debtor's signed application stating that the debtor is unable to pay the filing fee except in installments. The application shall state the proposed terms of the installments and that until the filing fee is paid in full, the debtor will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with the case.

B.   The clerk shall enter, on behalf of the judge to whom the case is assigned, an order granting leave to pay the filing fees providing the following terms of the agreement have been met:

　　　　1) the full filing fee shall be paid in four equal installment payments;

　　　　2) the first installment payment is to be paid within 30 days, and at least half of the filing fee must be paid within 60 days of the filing of the petition;

　　　　3) the final installment payment shall be payable not later than 120 days after filing the petition.

Date: November 22, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　Eugene R. Wedoff
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

GENERAL ORDER
No. 05-05

Application for Permission to Pay Filing Fee in Installments

**IT IS HEREBY ORDERED,** effective December 1, 2005:

A.   A voluntary petition by an individual shall be accepted for filing if accompanied by the debtor's signed application stating that the debtor is unable to pay the filing fee except in installments. The application shall state the proposed terms of the installments and that until the filing fee is paid in full, the debtor will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with the case.

B.   The clerk shall enter, on behalf of the judge to whom the case is assigned, an order granting leave to pay the filing fees providing the following terms of the agreement have been met:

      1) the full filing fee shall be paid in four equal installment payments;

      2) the first installment payment is to be paid within 30 days, and at least half of the filing fee must be paid within 60 days of the filing of the petition;

      3) the final installment payment shall be payable not later than 120 days after filing the petition.

Date:  November 22, 2005

Eugene R. Wedoff
Chief Bankruptcy Judge